Xavier R. Donaldson
Anthony S. Chilliest
Erika McDaniel Edwards*
*Member NY, NJ & GA Bars

**DONALDSON, CHILLIEST & McDANIEL, LLP**
Attorneys at Law
1825 Park Avenue, Suite 1102
New York, New York 10035
Telephone (212) 722-4900
Facsimile (212) 722-4966

Ozro Thaddeus Wells
Thomas B. Donaldson
Paula Brown Donaldson
Of Counsel

622 Bloomfield Avenue, lower level
Bloomfield, New Jersey 07003
(973) 743-4700

# MEMO ENDORSED

July 31, 2008

**MEMO ENDORSED**

8/1/08
Defendant's request to travel w/ the Gov't's consent is granted
*Colleen McM[ahon]*

VIA FACSIMILE 212-805-6326
Honorable Colleen McMahon
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   U.S. v. Pierre Rene,
      S2 07 Cr. 582 (CM)

Honorable McMahon,

As this Court is aware, I represent Mr. Rene in the above referenced matter. Mr. Rene's bail status is as follows: $70,000.00 PRB co-signed by two financially responsible persons, Pre-trial services reporting and travel restricted to the Southern and Eastern Districts of New York. Moreover, Mr. Rene entered a plea of guilty in this case on March 26, 2008 and is awaiting sentence. Mr. Rene, through counsel and with the Government's consent, is requesting that he be allowed to travel to Norcross, Georgia from August 1, 2008 to August 4, 2008. The purpose of the trip is to visit family. While in Norcross, Mr. Rene will reside with his cousin, Abdul Saintil, at 9600 Springs Lane, Norcross, Ga. I apologize in advance for the late notice but this request was recently brought to my attention.

Sincerely,
Xavier R. Donaldson

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/08